No. 280. B. V. MOORE, PLAINTIFF IN ERROR, *v.* S. A. OLSNESS, COMMISSIONER OF INSURANCE OF THE STATE OF NORTH DAKOTA, ET AL. In error to the Supreme Court of the State of North Dakota. Motion to dismiss or affirm submitted October 17, 1917. Decided November 5, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Consolidated Turnpike* v. *Norfolk, etc., Ry. Co.*, 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen*, 234 U. S. 123, 137; (2) *Butler* v.

*Pennsylvania,* 10 How. 402, 415, 416; *Newton* v. *Commissioners,* 100 U. S. 548, 559; *Taylor* v. *Beckham,* 178 U. S. 548; *Wilson* v. *North Carolina,* 169 U. S. 586; (3) *Railroad Company* v. *County of Otoe,* 16 Wall. 667, 676; *Kies* v. *Lowrey,* 199 U. S. 233; *Stewart* v. *Kansas City,* 239 U. S. 14; *Heim* v. *McCall,* 239 U. S. 175. *Mr. Aubrey Lawrence* for plaintiff in error. *Mr. William Langer* for defendants in error.